Decided September 4, 2003

## ALEX TYSON *v.* JAMES F. SULLIVAN, COMMISSIONER OF TRANS-PORTATION, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 597 (AC 22508), is denied.

*Ronald D. Williams, Jr.*, in support of the petition.

*Mary-M. Dalton Burgdorff*, in opposition.

Decided September 4, 2003